# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-01228- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On February 17, 2017, the parties filed a stipulation for an extension of time for Plaintiff to prepare and serve his confidential letter brief. (Doc. 13) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve her confidential brief on or before **March 23, 2017**.

IT IS SO ORDERED.

Dated: **February 21, 2017**                 **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE